AMERICAN TELEPHONE AND TELEGRAPH COMPANY v.
DIRECTOR, DIVISION OF TAXATION.

June 12, 1984.

Petition for certification denied.

AMERICAN TELEPHONE AND TELEGRAPH COMPANY v.
DIRECTOR, DIVISION OF TAXATION.

June 12, 1984.

Cross-petition for certification denied.

POLAROID CORPORATION v. RICHARD C. KAEMPFER.

June 12, 1984.

Leave to appeal is granted, and the order of the Appellate
Division is summarily modified to permit MDS/DEK Informa-
tion Systems to serve and file a brief, solely as a respondent,
within 2 days of this order; and it is further

ORDERED that movant shall not be permitted to participate
in the oral argument of this matter on June 13, 1984; and it is
further

ORDERED that appellant may serve and file a reply brief
within 10 days of the filing of respondent's brief by the Appel-
late Division; and it is further

ORDERED that the motion for a stay of the Appellate
Division proceedings is denied.

Jurisdiction is not retained.